UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DANA NESSEL,

    Plaintiff,

v.

DARBY WINERY, INC.,

    Defendant.
_____/

Case No. 2:24-cv-123

Hon. Hala Y. Jarbou

## JUDGMENT

In accordance with the order entered this date:

**IT IS ORDERED** that default judgment is **ENTERED** for Plaintiff on Count I, the claim under the Twenty-First Amendment Enforcement Act. Defendant shall pay Plaintiff $405 for the cost of filing the complaint.

**IT IS FURTHER ORDERED** that Defendant shall not sell wine or other products in Michigan in violation of 27 U.S.C. § 122.

Dated: March 28, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE